

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2018

No. 04-17-00658-CV

**IN RE REMOVAL OF RIO GRANDE CITY MAYOR JOEL VILLARREAL**,
and Rio Grande City Commissioners Arcadio J. Salinas, III, Place 1; Rey Ramirez, Place 2;
Hernan Garza, III, Place 3; and Dave Jones, Place 4

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-134
Honorable J.R. "Bobby" Flores, Judge Presiding

## ORDER

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of appeal are taxed against Appellant Mauro Villarreal.

It is so **ORDERED** on January 24, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2018.

_____
Keith E. Hottle, Clerk of Court